IN RE EDSALL: THE STATE OF OHIO, APPELLEE, *v.* EDSALL, APPELLANT.

[Cite as In re Edsall (1971), 26 Ohio St. 2d 145.]

(No. 70-594—Decided May 19, 1971.)

*Mr. Fred V. Skok,* prosecuting attorney, and *Mr. Joseph R. Ulrich,* for appellee.

*Mr. Nelson G. Karl,* for appellant.

*Per Curiam.* Habeas corpus tests only the jurisdiction of the sentencing court. In this case, the Juvenile

146

Court had jurisdiction of the subject matter and the person of appellant. Accordingly, its original order of commitment, as well as its subsequent order of July 9, 1970, committing appellant to the detention home for 30 days, were valid and lawful orders by a court of competent jurisdiction. The judgment of the Court of Appeals is, therefore, affirmed.

*Judgment affirmed.*

O'NEILL, C. J., SCHNEIDER, HERBERT, DUNCAN, CORRIGAN, STERN and LEACH, JJ., concur.